UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN N. PARSONS | : |
| | : |
| v. | : CASE NO. 3:00CV1519 (DJS) |
| | : |
| TOWN OF WATERTOWN, THOMAS KOLATSKY and RONALD LUTH in their individual and official capacities | : : : |

## JUDGMENT

This action having come on for consideration of defendant's motions for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motions and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the motions for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of all the defendants on all counts of the Amended Complaint.

Dated at Hartford, Connecticut, this 31st day of March 2004.

KEVIN F. ROWE, Clerk

By   /s/  _____
      Terri Glynn
      Deputy Clerk

EOD_____