## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN N. PARSONS, : | CIVIL ACTION NO. |
| Plaintiff, : | 300 CV 1519 (DJS) |
| v. : | |
| TOWN OF WATERTOWN, THOMAS : | |
| KOLATSKY and RONALD LUTH, : | |
| Defendants. : | |
| : | April 27, 2004 |

## MOTION FOR AN EXTENSION OF TIME TO FILE APPEAL

Pursuant to the Rule 4 (a)(5)(A)(i) of the Federal Rules of Appellate Procedure, the plaintiff in the above entitled matter requests a thirty (30) day extension of time within which to file his appeal from this Courts' Memorandum of Decision and Judgment of March 31, 2004.

This is the plaintiff's first request for such an extension of time.

        Respectfully submitted,
        Counsel for the Plaintiff


By: _____
    Henry F. Murray ct17234
    Ruth L. Pulda ct05697
    Livingston, Adler, Pulda, Meiklejohn
    &amp; Kelly, P.C.
    557 Prospect Avenue
    Hartford, CT 06105-2922
    (860) 233-9821

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion For An Extension Of Time was mailed first-class, postage pre-paid on this 27th day of April, 2004 to all counsel of record as follows:

Claudia A. Baio
Baio & Associates
15 Elm Street
Rocky Hill, CT 06067


Randall S. McHugh
Reiner, Reiner & Bendett, P.C.
160 Farmington Avenue
Farmington, CT 06032


                                                                    _____
                                                                    Henry F. Murray