# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHEN N. PARSONS**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:00cv1519(DJS) |
| **TOWN OF WATERTOWN, ET AL**<br>    **Defendants** | : |

## ORDER

The Motion for an Extension of Time to File Appeal (Doc. #48) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   3rd    day of May, 2004.

　　　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　United States District Judge